IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WEST CORPORATION,                                          CASE NO. 8:05-CV-88
A Delaware Corporation,

                        Plaintiff,

        vs.                                                          **ORDER**

AMERICAN TELEPHONE AND
TELEGRAPH COMPANY,
A New York Corporation,

                        Defendant.

        This Order is based upon plaintiff West Corporation's Motion for Leave to File Reply to

Counterclaim Out of Time (#11).  Upon the representation that the motion is uncontested,

        IT IS ORDERED, that plaintiff, West Corporation, is granted leave to file its Reply to

defendant's Counterclaim out of time.


        DATED May 18, 2005.


                                        BY THE COURT:


                                        s/ F.A. Gossett
                                        United States Magistrate Judge