**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **WEST CORPORATION,** A Delaware Corporation, | ) ) ) | **CASE NO. 8:05CV88** |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **ORDER** |
| **AMERICAN TELEPHONE AND TELEGRAPH COMPANY,** A New York Corporation, | ) ) ) ) ) | |
| **Defendant.** | ) | |

  This matter is before the Court on the Plaintiff West Corporation's Motion for Leave to File Amended Brief to include a Statement of Material Facts.  (Filing No. 40.)  The motion is unopposed.  Accordingly,

  IT IS ORDERED:

1. The Motion for Leave to File Amended Brief to include a Statement of Material Facts  (Filing No. 40) is granted; and
2. The Amended Brief shall be separately filed as soon as is practicable.

DATED this 20th day of December, 2005.

            BY THE COURT:

            s/Laurie Smith Camp
            United States District Judge