# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WEST CORPORATION,**<br>**A Delaware Corporation,** | **CASE NO. 8:05-CV-88** |
| **Plaintiff,** | |
| vs. | **ORDER TO EXTEND DATE FOR**<br>**CERTIFYING EXPERT WITNESSES** |
| **AMERICAN TELEPHONE AND**<br>**TELEGRAPH COMPANY,**<br>**A New York Corporation,** | **AND DEPOSITION DEADLINES** |
| **Defendant.** | |

This matter came on before this Court on the Plaintiff's motion for extension of final dates for certifying expert witnesses and deposition deadlines.  For good cause shown, the court finds that the Plaintiff's Motion (Filing No. 51) should be granted and the last date for disclosure of Plaintiff's expert witnesses should be extended from January 16, 2006, until February 16, 2006, and that the last date for disclosure of Defendant's expert witnesses be extended from February 16, 2006, to March 16, 2006.  The Court further finds that the last date for disclosure of additional experts to refute adverse experts shall be extended from March 3, 2006, to March 31, 2006.  The Court further finds that the deposition deadline be extended from April 1, 2006, to April 14, 2006.

The Court's Final Progression Order (Filing No. 21) shall otherwise remain unchanged.

**DATED January 9, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**