## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WEST CORPORATION, A Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV88 |
| vs. | ) ) | ORDER |
| AMERICAN TELEPHONE AND TELEGRAPH COMPANY, A New York Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

    This matter is before the court on defendant's motion for stay of the discovery ordered in Filing No. 33 pending a decision on defendant's appeal of that order. For good cause shown, and upon the representation that opposing counsel does not object,

    **IT IS ORDERED** that defendant's Motion (Filing No. 57) is granted. All discovery ordered in Filing No. 33 is stayed pending the resolution of defendant's appeal. If the appeal is denied, defendant is given an additional thirty (30) days following the date of the denial of defendant's appeal to produce the discovery ordered in Filing No. 33.

    **DATED January 12, 2006.**

                                               **BY THE COURT:**

                                               s/ F.A. Gossett
                                             **United States Magistrate Judge**