IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WEST CORPORATION, A Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV88 |
| vs. | ) ) | ORDER |
| AMERICAN TELEPHONE AND TELEGRAPH COMPANY, A New York Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' JOINT MOTION FOR AN AMENDED PROGRESSION ORDER (#62). Counsel request that discovery be left open for 120 days after Judge Smith Camp rules on the appeal of my order granting plaintiff's Motion to Compel and their pending motions for summary judgment. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1. The JOINT MOTION FOR AN AMENDED PROGRESSION ORDER (#62) is granted.

2. Counsel shall submit proposed amended progression order deadlines within ten (10) business days after Judge Smith Camp rules on defendant's appeal (#48), plaintiff's Motion for Summary Judgment (#36), or defendant's Motion for Summary Judgment (#34), whichever is filed latest. The submission may be filed as a motion via CM/ECF or e-mailed to chambers at gossett@ned.uscourts.gov.

3. An amended progression order will be entered after counsel comply with paragraph 2, above.

**DATED February 7, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge