# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WEST CORPORATION,**<br>A Delaware Corporation,<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**AMERICAN TELEPHONE AND**<br>**TELEGRAPH COMPANY,**<br>A New York Corporation,<br><br>       **Defendant.** | **CASE NO. 8:05-CV-88**<br><br><br><br><br>**ORDER** |

This matter is before the court on the parties' Joint Motion to Amend Amended Final Progression Order to extend the deadline for the parties to disclose their expert witnesses. The Court finds that the Joint Motion (Filing No. 70) should be granted and the last date for disclosure of the parties' expert witnesses should be extended from July 1, 2006, until July 17, 2006.

The Court's Amended Final Progression Order (Filing No. 67) shall otherwise remain unchanged.

   **IT IS SO ORDERED.**

   **DATED July 5, 2006.**

                    BY THE COURT:

                    s/ F.A. Gossett
                    **United States Magistrate Judge**