IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WEST CORPORATION,<br>A Delaware Corporation, | ) <br> ) <br> ) | Case No. 8:05CV88 |
| Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | ORDER |
| AMERICAN TELEPHONE AND<br>TELEGRAPH COMPANY,<br>A New York Corporation, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Amend Final Amended Progression Order to extend the Defendant's deadline to serve opposing counsel with the expert witness statement required by Fed. R. Civ. P 26(a)(2)(B) from September 15, 2006 until October 6, 2006.  The Court finds that this Motion (Filing #74) is unopposed by the Plaintiff, and therefore should be granted.  The Defendant's deadline for producing the expert witness statement required under Fed. R. Civ. P. 26(a)(2)(B) shall be extended from September 15, 2006 until October 6, 2006.

The Court's Amended and Final Progression order (Filing No. 67) shall otherwise remain unchanged.

IT IS SO ORDERED.
DATED September 8, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

Paul M. Shotkoski, #20873
Sherman P. Willis, #23114
ATTORNEYS FOR DEFENDANT
FRASER STRYKER MEUSEY
OLSON BOYER & BLOCH, PC
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
Email: pshotkoski@fslf.com
         swillis@fslf.com