IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WEST CORPORATION,**<br>A Delaware Corporation, | )<br>)<br>) | **CASE NO.  8:05CV88** |
| **Plaintiff,** | )<br>)<br>) | **ORDER** |
| V. | )<br>) | |
| **AT&T CORPORATION,**<br>A New York Corporation, | )<br>)<br>)<br>) | |
| **Defendant.** | | |

This matter is before the Court on the Joint Motion to Continue the Trial from January 11, 2007, to January 16, 2007.  The motion is supported by the Affidavit of Paul M. Shotkoski.  (Filing No. 98).

IT IS ORDERED:

1. The Joint Motion to Continue the Trial (Filing No. 97) is granted; and

2. The commencement of this trial shall be postponed until Tuesday, January 16, 2007, subject only to the Court's need to commence any previously scheduled criminal trial in which a Speedy Trial Act deadline exists.  Counsel are directed to report to my chambers for an informal conference at 8:30 a.m. on January 16, 2007.

DATED this 4th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge