IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST, Corporation, A Delaware Corporation,<br><br>      Plaintiff,<br><br>V.<br><br>AT&T CORPORATION,<br><br>      Defendant. | CASE NO. 8:05CV88<br><br>ORDER ON STIPULATED MOTION TO EXTEND DEADLINE TO FILE TRIAL BRIEFS |

IT IS ORDERED:

1. The Stipulated Motion to Extend Deadline to File Trial Briefs (Filing No. 101) is granted; and

2. Page 14 of the January 5, 2007 Pretrial Order (Filing No. 100) is amended to state "Trial briefs shall be delivered to the judge at least *4* working days before the first day of trial."

DATED this 9th day of January, 2007.

                          BY THE COURT:

                          s/ Laurie Smith Camp
                          United States District Judge