IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WEST CORPORATION, a Delaware corporation,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**AMERICAN TELEPHONE AND TELEGRAPH COMPANY, a New York corporation,** )<br>)<br>)<br>**Defendant.** ) | **CASE NO. 8:05CV88**<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation to Release West Corporation from the Supersedeas Bond (Filing No. 152). The Court finds that since the judgment against West Corporation was satisfied as of May 15, 2008, and since AT&T Corp. released and relinquished any and all claims against the Supersedeas Bond filed by West Corporation as principal and Capital Indemnity Company as Surety and released and discharged West Corporation and Capital Indemnity Company from any and all claims or liability under the Supersedeas Bond from and after May 15, 2008, (Filing No. 149), that West Corporation should be released from the Supersedeas Bond and the Supersedeas Bond should be dissolved.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that West Corporation is hereby released from the Supersedeas Bond and the Supersedeas Bond is hereby dissolved.

DATED this 9th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge